GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
GABRIELA BISCHOF
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Gabriela_Bischof@fd.org

Counsel for Defendant GARCIA-BENZON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA-BENZON,<br><br>Defendant. | Case No.: CR 20–477 JD<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF SENTENCING MEMORANDUM** |

I, GABRIELA BISCHOF, state as follows:

1. I am an attorney employed by the Office of the Federal Public Defender for the Northern District of California. I have been appointed to represent the defendant in the above-entitled matter.

2. Attached hereto as Exhibit A is a true and correct copy of Mr. Garcia-Benzon's letter to the Court.

3. Attached hereto as Exhibit B is a true and correct copy of the Sworn Statement of Anual Ramon Bengson Pineda.

4. Attached hereto as Exhibit C are true and correct copies of medical records stemming from the March 2019 shooting, filed under seal.

5. Attached hereto as Exhibit D are true and correct copies of Mr. Garcia-Benzon's U-Visa paperwork including police report and news article related to the March 2019 shooting, filed under seal.

6. Attached hereto as Exhibit E are true and correct copies of letters from Mr. Garcia-Benzon's aunt, Karla Sanchez, and friend, Estefany Gonzalez.

7. Staff at the Federal Public Defender's Office analyzed 95 defendants' resolved cases that were part of the U.S. Attorney's Office's Federal Initiative for the Tenderloin (FIT) campaign. Of those cases, 64 of the defendants (67%) received time served, probation, diversion or ATIP. For defendants in CHC I, 80% (29 out of 36) received time served, probation, diversion or ATIP. Among defendants in CHC I who were in an equal or higher offense level (namely, TOL of 10-14) and thus facing Guidelines of between 6-12 months and up to 15- 21 months, 20 out of 26 such defendants (77%) received time served sentences. Out of this group, only one defendant was out of custody at the time of sentencing and he participated in ATIP. In the 19 strictly comparable cases (defendants in CHC I who at had final offense level 10) 16, or 84%, received probation, diversion, or ATIP. None of these defendants were out of custody

at the time of sentencing. There were only two white defendants in the entire 95-defendant dataset. They received sentences of 0 days and 1 day.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 7th day of September, 2021 in Berkeley, California.

/s/
GABRIELA BISCHOF
Assistant Federal Public Defender