# EXHIBIT A

Dear Honorable Judge Donato,

First I want to ask for forgiveness for all the mistakes I have made and I am so sorry for what I have done. My family is suffering because of it. My almost 2-year-old son is growing up and he will know everything that I have done and I don't want to be a bad example for him. I never wanted my behavior to effect anyone else, but I can see now that it has impacted my family and my community as well.

After I got shot, I was desperate for money. The bullet in my neck means I cannot do the kind of physical work I used to do and I was expecting a new baby at the time. My time in custody and these last months on home confinement have showed me that I have people I can turn to for help instead of making bad decisions. It has also showed me how much I have to lose – the opportunity to spend time making memories with my family, the opportunity to work and provide, and to be free.

I worry about not being able to be with my family and especially not being able to see my son grow up. When he sees me, he likes to run really fast up to me and hug me. I am afraid of what will happen to him if I am gone and he doesn't understand why. I struggle to imagine not being able to make him laugh, and to feed, bathe, and put him to sleep. I had never cared for a baby like that before and had never really seen that before because my parents had to leave for the United States shortly when I was very small. I never thought I would love caring for a baby, but my son made me change in a lot of ways.

If I am allowed to remain out of custody, I plan to get follow-up care for my injuries, especially to find out if the bullet in my neck has moved to a safer place, to find a job, and to continue to take care of my son. I hope to prove to my family and to the court that I can do the right things.

Thank you for reading this letter. I take responsibility for the choices I made, and I am prepared to accept my sentence.

Sincerely,

Bryan Garcia Benzon


*translated by court-certified Spanish interpreter Anna Kelsey