# EXHIBIT B

**Sworn Statement of Anual Ramon Bengson Pineda**
**A087-485-840**

1. I, Anual Ramon Bengson Pineda, born on January 1, 1971 in La Ceiba, Atlantida, Honduras.   I am the uncle of Bryan Garcia Benzon.  Bryan's mom is my sister Dilcia. We spell our last names differently because of errors that were done by the registry in Honduras.

2. My sister Dilcia came to the United States when Bryan was very young and she asked me that I check on Bryan and his brother Fredy since they lived alone with their grandmother.  I saw them frequently as I owned a taxi company so I was often driving people near where they lived. I would often take Bryan and Fredy out to eat, to buy them things they needed or take them on day trips.  People knew they were my nephews since they saw us together and as our family was close.

3. I came to the United States due to the death threats my family and I received from the M-18 gang in Honduras who killed many of mu family members because they are related to me.  I am currently applying for asylum with some of my kids and my current wife Carolina.

4. The M-18 targeted me and my family because my former partner Marcia and I owned a beauty salon and also a taxi service in La Ceiba.  When I would do what the gang wanted, the M-18 members threatened that they would kill my family and then me if we did not pay them.  They told me that they would first kill my family members so that I would suffer from the pain of them being killed and then they would kill me.

5. I did not report any of this to the police because I was scared that the M-18 would harm my family if they found out I reported. I know that many police officers in Honduras are working with the gangs, and often give them information. So I thought reporting what happened would put my family and me in more danger, because the police would tell the gang.

6. Around the end of 2010 or early 2011, Marcia and I decided we were going to flee the area because our family could not be safe there.  We knew that our family and us would be killed if we did not leave.  The only people we told that we told that we were leaving was my sister Noemi and my father.   Somehow, members of the M-18 found out that we were going to flee.  Once they heard this, things again got worse for us.  After this, everywhere I went, I noticed a car without license plates following me until I reached the house. There were different cars, but always without license plates and with dark windows. I think they followed me to make sure I didn't report the M-18 to the police.

7. I went to borrow money from family members about two hours away so that Marcia and our kids, my other partner Carolina and our kids and I could flee.  While I was gone, Marcia decided to go to a waker with our cousin Henry and my sister Noemi because we had known the deceased's family for so long.  I told her not to go because I was afraid

that something was going to happen to her since the gang had threatened to harm my family but they went anyway.

8. From what I was told, on the way back from delivering the flowers at the wake, the M-18 surrounded the car. Marcia, Noemi and Henry were forced out of the car and kidnapped. All of this happened while I was at trying to borrow money to flee. We had previously arranged for them to come pick me up after they delivered the flowers. When I was ready for them to pick me up, I called each one of them, but no one answered.

9. When Marcia, Noemi, and Henry did not answer, I knew that something was wrong. I called my sister in law Gabriela and asked her to get Monika and keep her hidden. I took the bus to my sister Maribel's house and we decided that I had to stay hidden so she lent me money to go hide in a hotel in the center of the city.

10. I suddenly received a call from Noemi. At first I thought it was good news and that it had been a false alarm. But I soon realized that things were not okay because she kept insisting that she wanted to see me. Because of the way she was insisting, I knew that she was in danger. She told me that she wanted to meet me right now. I thought that was strange, and worried that the M-18 was using her to find me. I told her that we could meet at the police station. When I said that, the phone hung up. I got a call early the next morning from the medical examiner informing me that Marcia, Noemi, and Henry were dead. The medical examiner said that they had been killed the night before.

11. The same night that I was at the hotel, I called my other partner, Carolina Chirinos Alfaro told her to prepare to leave with our son Jefferson. We had been together for three of four years at that point. Everyone knew that Carolina was my other partner, including Marcia, so I knew that her life was also in danger. Carolina clandestinely came to the hotel with Jefferson. My older son Anual also met us and we fled Honduras.

12. My daughter Monika was with my sister Gabriela and was not answering any calls. We had to leave Honduras without Monika. I later got in touch with Gabriela who was in hiding with Monika. Monika is now in hiding with another family because Gabriela was scared to have her in the house as the gang was looking for anyone in my family. Monika is now living in hiding with a family, the Turcios, who are the heads of an international school in La Ceiba. They will not let her communicate with me or anyone from my family. They have told me that they care about her and are afraid that the people who wanted to hurt my family will hurt her. They try to keep her protected, so no one will know I am her father.

13. I know that since I have left Honduras, my family has continued to receive threats from the gang who still wants to harm my family and me.

14. In 2013, my brother, Johnny, was murdered in Santa Rosa de Aguan, Honduras by members of the M-18. My family is originally from Santa Rosa de Aguan. A neighbor of my family said that some men, who were strangers to Santa Rosa de Aguan, came to a local bar asking about me. Later, the car left the town, fleeing very quickly, right after

shots were heard. My brother's body was found not long after, and he had been tortured. I believe that those men were part of the M-18 and killed my brother to get information about me.

15. I called my sister, Maribel, to tell her that I was tired. I told her that I was going to go turn myself into the M-18 so they would kill me instead of killing my entire family, like they were doing. Maribel convinced me not to by saying that even if they killed me they would continue to kill my family. I knew this was true. Once you are enemy of the M-18, they will kill everyone until your family no longer exists.

16. Bryan and his brother Fredy had to flee from Honduras because of the threats that my family was still getting. Since they were known to be my nephews, they we in constant danger and afraid all of the time of being killed by M-18 members who want to harm my by killing all of my family.

17. After Johny was killed, Bryan and Fredy fled within the year as they could have been killed at any moment.

18. I spoke with my sister Maribel in November 2016 and she told me that M-18 members came to her house asking for me and threatening to harm her and her kids. I am terrified that more people in my family will be killed because of being my relatives. I believe if Bryan has to go back to Honduras he will be killed as our other family members have been.

I, Anual Ramon Bengson Pineda, hereby declare under penalty of perjury that I provided the foregoing statement in Spanish and that it is true and correct to the best of my knowledge and ability.


_____                    1/20/17
Anual Ramon Bengson Pineda                                 Date



I, Eleni Wolfe-Roubatis, hereby certify that I am fluent in Spanish and English and have translated the above statement to the best of my knowledge and ability to Anual Ramon Bengson Pineda.


_____                                    1/20/17
Eleni Wolfe-Roubatis



ENGLISH EXTRACT TRANSLATION OF SPANISH LANGUAGE

DEATH CERTIFICATE

| | |
|---|---|
| NAME OF THE DECEASED: | Marcia Yadira Escobar |
| AGE: | 33 years |
| PLACE OF RESIDENCE: | Cantor, Jutiapa, Atlántida, Honduras |
| MARITAL STATUS: | Not stated |
| DATE AND PLACE OF DEATH: | February 23, 2011<br>Cantor, Jutiapa, Atlántida, Honduras |
| CAUSE OF DEATH AND DURATION OF ILLNESS: | Not stated |
| NAME OF OFFICIAL: | Not legible |
| CERTIFICATE NUMBER: | Death Certificate Number 0101-2011-00103, Folio 006, Volume 00114, 2011 |

I, Ana C. Daza, attest to my competency to translate from Spanish to English, and I certify that this is a correct English translation of all pertinent information from the Spanish original.

_____
Ana C. Daza

January 29, 2016
Date

REPUBLICA DE HONDURAS
REGISTRO NACIONAL DE LAS PERSONAS
REGISTRO CIVIL MUNICIPAL

№ 27753458

# CERTIFICACION DE ACTA DE DEFUNCION

El infrascrito Registrador Civil Municipal CERTIFICA que en el Archivo de Defunciones que se tiene en esta oficina, se encuentra el acta de defunción número: 0101-2011-00103 ubicada en el folio **006** del tomo **00114** del Año **2011** y que pertenece a:

a) **ESCOBAR**
Primer Apellido

b) - - - - - - - - -
Segundo Apellido

c) **MARCIA YADIRA**
Nombre

d) **Hondureña**
Nacionalidad

e) Sexo   F ☒   M ☐      f) Edad   **33 Años**      g) **0102-1977-00144**
Identidad

Datos de Defunción :

a) **CANTOR**
Barrio o Caserio

b) **JUTIAPA**
Ciudad o Aldea

c) **JUTIAPA**
Municipio

d) **ATLÁNTIDA**
Departamento

e) **Honduras**
País

f) Fecha de defunción : **23/02/2011**
Fecha

g) Hora : **07:00 PM**

h) Permiso de entierro : **25/02/2011**
Fecha

i) **MUNICIPAL**
Cementerio

j) Lugar : *CEMENTERIO SAN ISIDRO, LA CEIBA, ATLÁNTIDA*

Notas marginales autorizadas:

NINGUNA

Extendida en   **LA CEIBA**
Municipio

**ATLÁNTIDA**
Departamento

a los:   **TRECE**

REGISTRO NACIONAL DE LAS PERSONAS
REGISTRO CIVIL MUNICIPAL DE ATLANTIDA
01-01
LA CEIBA, ATLANTIDA

**JULIO**

del DOS MIL   **DOCE**

*Firma y Sello del Registrador Civil*

y$1fCaXygd1fplX4gON$U2uTAPv0CE5C19JnDJ$XdXj71+K3c9VY5OO1ULDrnFgd9au

REPUBLIC OF HONDURAS

PUBLIC MINISTRY

CERTIFICATION

The Subscribed Regional Coordinator of Forensic Medicine of the Public Prosecutor of the city of La Ceiba, hereby CERTIFIES: The findings of Autopsy # ALC-110-11 in its relevant part states: Name: **JUDITH NOEMI VENSON PINEDA** Date of Death: February 23, 2011. Autopsy Date: February 24, 2011. **CAUSE OF DEATH**: a) Cerebral Laceration b) Brain trauma with open skull c) Wound by firearm. **MANNER OF DEATH**: Homicide **FROM LEGAL MEDICAL POINT OF VIEW**. Signature and Seal Dr. Lizbeth Judith Maldonado, **AUTOPSY DOCTOR**

And for subsequent legal purposes this **CERTIFICATION** extends in the city of La Ceiba, Atlantida Department, on March 21, 2011.

[signature]    [seal]
Dr. Carlos A Lanza Z
Coordinator of Forensic Medicine

[signature]    [seal]
Attorney Walter Galindo Valeriano
General Secretary
Public Ministry

**XXV ANIVERSARY OF THE CONSTITUTION OF THE REPUBLIC**
[Illegible] Forensic Medicine Potrentos Neighborhood Behind the Hospital Atlantida, La Ceiba, Atlantida, Honduras C.A.
Tel. 2442-0411

CERTIFICATE OF TRANSLATION

I, Claire Fawcett, am competent to translate from Spanish into English, and certify that the translation of the foregoing document is true and accurate to the best of my abilities.


Signature: _____     Date: __12/9/2014_____

Centro Legal de la Raza
3022 International Boulevard, Suite 410
Oakland, CA 94601
Tel: (510) 437-1554 ext 130
Fax: (510) 437-9164



MINISTERIO PUBLICO

## CERTIFICACION

El Suscrito Coordinador Regional de Medicina Forense del Ministerio Publico de la ciudad de La Ceiba, por la presente **CERTIFICA**: Las conclusiones del Protocolo de Autopsia # ALC-110-11 que en su parte conducente dice: Nombre: NOEMI JUDITH VENSON PINEDA. Fecha de Muerte: 23 de febrero del año 2011. Fecha de Autopsia: 24 de febrero del año 2011. **CAUSA DE MUERTE**: a) Laceración Cerebral b) Trauma Cráneo Encefálico Abierto c) Herida por proyectil de Arma de fuego. **MANERA DE MUERTE**: Homicida **DESDE EL PUNTO DE VISTA MEDICO LEGAL**. Firma y Sello Dra. Lizbeth Judith Maldonado, **MEDICO AUTOPSIANTE**.

para los fines legales subsiguientes se extiende la presente **CERTIFICACION** en la ciudad de La Ceiba, Departamento de Atlántida a los veintiún días del mes de marzo del año dos mil once.

Dr. Carlos A. Lanza Z.
Coordinador De Medicina Forense

Abog. Walter Galindo Valeriano
Subsecretario General
Ministerio Público

Archivo/Osiris