# EXHIBITS C & D

# Manual Filing Notification

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
GABRIELA BISCHOF
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          gabriela_bischof@fd.org

Counsel for Defendant GARCIA-BENZON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 20–477 JD |
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| v. | |
| BRYAN GARCIA-BENZON, | |
| Defendant. | |

**Regarding: EXHIBITS C and D to the  EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

1     ___ Unable to Scan Documents

2     ___ Physical Object (description):

3     ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

4     **  X   Item Under Seal**

5     ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

6     ___ Other (description)

                                                      Respectfully submitted,

September 7, 2021            GEOFFREY A. HANSEN
Dated                         Acting Federal Public Defender
                                        Northern District of California

                                                      /S
                                          GABRIELA BISCHOF
                                          Assistant Federal Public Defender