# EXHIBIT E

Honorable James Donato
United States District Court
c/o Gabriela Bischof
Office of the Public Defender
Room 19-6884 Box 36106
San Francisco, CA 94102

     Dear Judge Donato. My name is Karla Sanchez, I was born on ▮▮▮▮▮▮▮▮ I am 43 years old two children Single mother before the pandemic I owned my own business
A small cafe but right now it is closed indefinitely, I am Bryan Garcia's aunt I have known him since he was born he is the same age as my daughter Katherine, I love him a lot
Since my children are his first cousins.
Several years ago Kevin my Son played ball with my Nephew Bryan it was a beautiful stage of my Son's childhood with his cousin.
Bryan is a very polite young man he has never treated me with a lack of respect that has been one of his characteristics.
He respects adults.
I know that he was separated from his parents for many years. A situation that the majority of children in my Country experience due to the immigration of the parents to give them a better life
I think he is a confused young man and full of so much desire to live, I know that he takes care of his son and it surprises me to see that in spite of these bad times he feels Optimistic and thinks that everything is going to be ok.
I hope he comes out of all of this well, that he can reintegrate back into society again and be a good citizen.

     Respectfully and hoping for clemency and justice for my Nephew

     KARLA SANCHEZ
     8/24/2021

*Certified Translation by Anna Kelsey, United States Court Certified Interpreter #06-031. This is an accurate translation of the original done to the best of my knowledge and ability.*

**Dear Judge Donato:**

**My name is Estefany Gonzalez, I am 23 years old and I work for the Amazon company.**
**I have known Bryan for more than 5 years, I met Bryan at the restaurant where he worked because we had friends in common and I always lived.**

**Since I have known him, I have always heard very good things from Bryan, inside and outside the restaurant, he has always been very kind, a good person, gentle and friendly with everyone.**

**To my step sister and me, he has always helped us in what he can, until today Bryan is always on the lookout for everything without waiting or asking for something in exchange from us.**

**Anyone who gets to know him realizes what a good person he is.**

**He has made bad decisions in his life but as I know him, he is sorry for his bad actions and is changing in all this time that he has spent.**

**Sincerely:**
**Estefany Gonzalez**