JODI LINKER
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Gabriela_Bischof@fd.org

Counsel for Defendant GARCIA-BENZON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA-BENZON,<br><br>Defendant. | Case No. CR 3:20-cr-00477-JD<br>CR 3:22-cr-00412-JD<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE<br>SENTENCING |

  Defendant Bryan Garcia-Benzon is set to appear before this Court for sentencing on May 15, 2023. Mr. Garcia-Benzon is presumptively eligible for a limitation on the statutory minimum sentence under 18 U.S.C. § 3553(f) but due to scheduling conflicts has not been able to complete the final prong. The parties therefore request a short continuance of his sentencing until June 12, 2023.

Accordingly, Mr. Garcia-Benzon requests that the sentencing currently set for May 15, 2023, be continued to June 12, 2023, or as soon thereafter as it can be heard. The government has no objection to his request.

IT IS SO STIPULATED.

DATED:                                             SIGNED:

April 18, 2023
Date                                               /s/
                                                   DANIEL KASSABIAN
                                                   Assistant United States Attorney

April 18, 2023
Date                                               /s/
                                                   GABRIELA BISCHOF
                                                   Attorney for Defendant Garcia-Benzon

GOOD CAUSE APPEARING, IT IS SO ORDERED.

April 21, 2023
Date                                               HON. JAMES DONATO
                                                   United States District Judge