ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7034
    Facsimile:    (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRYAN GARCIA-BENZON, <br><br> Defendant. | CASE NOS.  CR 20-00477-JD <br>                   CR 22-00412-JD <br><br> STIPULATION TO RESET/VACATE HEARING AND STATUS CONFERENCE ON JANUARY 29, 2024 AND SET REVOCATION/SENTENCING HEARING ON FEBRUARY 26, 2024 AND [PROPOSED] ORDER |

It is hereby requested and stipulated by and between counsel for the United States and counsel for the defendant BRYAN GARCIA-BENZON that the revocation hearing and status conference set for JANUAYR 29, 2024 be vacated and reset, respectively, to a revocation hearing and sentencing hearing that are set on FEBRUARY 26, 2024, at 10:30 a.m. for the following reasons:

    (1)    the parties and the U.S. Probation Office are conferring about joint recommended disposition, and the additional time may facilitate an agreement on that recommendation;

    (2)    the probation officer assigned to the defendant's supervision case is not available on January 29, but is available February 26;

    (3)    the probation officer preparing the Pre-Sentence Investigation Report (PSR) for the defendant's sentencing is available on February 26, and the additional time is necessary for that officer

STIP & ORDER TO RESET HEARING/STATUS CONF.
CR 22-00412-JD                                  1

1 to submit a final PSR to the Court by February 5 while allowing the parties to lodge any objections by
2 January 29.
3       IT IS SO STIPULATED.
4 DATED:  January 24, 2024               ISMAIL J. RAMSEY
                                          United States Attorney

                                           /s/
                                          DANIEL N. KASSABIAN
                                          Assistant United States Attorney


                                          JODI H. LINKER
                                          Federal Public Defender

                                           /s/
                                          SOPHIA M. WHITING
                                          Assistant Federal Public Defender
                                          Counsel for Defendant
                                          BRYAN GARCIA-BENZON

## ORDER

Pursuant to the parties' stipulation, and for good cause shown, the Supervised Release Hearing and Status Conference on JANUARY 29, 2024 in the above-captioned cases are RESET and VACATED, respectively, and a Supervised Release Hearing and Sentencing Hearing are SET on FEBRUARY 26, 2024 at 10:30 am.

IT IS SO ORDERED.

DATED: January 25, 2024

HON. JAMES J. DONATO
United States District Judge

2069-5656-2689, v. 1

STIP & ORDER TO RESET HEARING/STATUS CONF.
CR 22-00412-JD                              2